# BAILEY & OROZCO, LLC
## ATTORNEYS AT LAW

HOWARD W. BAILEY
CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY

MICHAEL A. OROZCO
ADMITTED IN NY & NJ

THE NATIONAL NEWARK BUILDING
744 BROAD STREET, SUITE 1901
NEWARK, N.J. 07102

100 CHURCH STREET
8TH FLOOR, PMB 1018
NEW YORK, NEW YORK 10007

PHONE: 973-693-4408
FAX: 973-735-2719

WEB: WWW.BOLEGAL.COM

TERENCE STEED
ADMITTED IN NY & NJ

MATTHEW BRYANT, *OF COUNSEL
*MEMBER OF NEW YORK BAR

February 28, 2012

**Via Hand Delivery and ECF**
United States District Court
 for the District of New Jersey
Attn: Honorable Jose L. Linares
50 Walnut Street
Newark, NJ 07102

Re:  USA v. Byron Zabala
     Case No.: 2:11 cr 879

Dear Judge:

My office is requesting additional time of at least two weeks until March 13, 2012 in order to have my client undergo additional psychological testing with both Dr. Simring and Dr. Hasson. Last Friday, Dr. Simring and I met with my client and he was interviewed for nearly three hours. Dr. Simring has determined that additional psychological testing by Dr. Hasson is necessary in order to make a final diagnosis. He cannot render an opinion without such testing.

I spoke to Dr. Hasson who informed me he is unavailable to see my client until next Wednesday, March 5, 2012. In order to accommodate Dr. Hasson's schedule and an additional visit by Dr. Simring to interview my client again, I am requesting an additional two weeks. It is my understanding that, even with the above explanation, the Government is objecting to this request.

Sincerely,

Michael Orozco

MAO/mao
cc:  United States Attorneys Office (Via Electronic Mail)

*Defendant shall submit for the Court's review evaluations resulting from the expert examinations on or before March 13, 2012. No further adjournments shall be granted under any circumstances.*

SO ORDERED: _____
DATED: 3/2/12