UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          *Plaintiff,*<br>v.<br><br>BYRON ZABALA<br><br>          *Defendant.* | Honorable Jose L. Linares, U.S.D.J.<br><br>Criminal No. 11-879 (JLL)<br><br>FINAL ORDER OF FORFEITURE |

    **WHEREAS**, on or about December 15, 2011, an Indictment was filed against defendant Byron Zabala, charging him with knowingly, directly and indirectly, corruptly giving, offering and promising something of value, namely up to $30,000 in United States currency, to an employee of U.S. Citizenship and Immigration Services ("USCIS"), and an undercover law enforcement agent posing as an employee of USCIS with intent to: (A) influence official acts; (B) influence such public official to commit and aid in committing, and to collude in, and allow, a fraud, and make an opportunity for the commission of a fraud, on the United States; and (C) to induce such public officials to do and omit to do acts in violation of their lawful duties, in violation of 18 U.S.C. § 201(b)(1) and 18 U.S.C. § 2; and

    **WHEREAS**, on or about March 28, 2012, defendant Byron Zabala pled guilty to the Indictment; and

    **WHEREAS**, on March 30, 2012, a Consent Judgment and Preliminary Order of Forfeiture was entered pursuant to 18 U.S.C. § 981(a)(1)(C) and 28

U.S.C. § 2461 for the forfeiture of $15,000.00 (hereinafter the "Property") as proceeds traceable to defendant Byron Zabala's violation of 18 U.S.C. § 201(b)(1); and

**WHEREAS,** pursuant to 21 U.S.C. § 853(n)(1), a Notice of Forfeiture with respect to the Property was posted on an official government internet site, namely www.forfeiture.gov, beginning on March 31, 2012, and running for thirty consecutive days through April 29, 2012 (*see* Declaration of Sandra Moser with Exhibit, Exhibit A); and

**WHEREAS** no claims or answers have been filed against the Property within the time permitted;

It is hereby **ORDERED, ADJUDGED, AND DECREED:**

**THAT** a Final Order of Forfeiture is entered against $15,000.00 in United States currency and no right, title or interest in the Property shall exist in any other party; and

**THAT** any and all forfeited funds, including but not limited to currency, currency equivalents, and certificates of deposits, as well as any income derived as a result of the United States Department of Homeland Security, Immigration and Customs Enforcement's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Department of Homeland Security, Immigration

and Customs Enforcement into the Department of Treasury Asset Forfeiture Fund, in accordance with the law.

**ORDERED** this \_\_\_25th\_\_\_ day of \_\_\_July\_\_\_, 2012.

_____
Honorable Jose L. Linares
United States District Judge